U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 C 3192 |
|---|---|
| Kevin Ton and Cynthia Tran, v. City of Burbank et al. | JURY DEMAND |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

City of Burbank, Detective Thomas Coakley, and Unnamed Burbank Police Officers.

| NAME (Type or print) |
|---|
| Michael G. Cainkar |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Michael G. Cainkar |
| FIRM |
| LOUIS F. CAINKAR, LTD. |
| STREET ADDRESS |
| 30 North LaSalle Street, Suite 3922 |
| CITY/STATE/ZIP |
| Chicago, IL 60602-3333 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06182679 | 312/236-3985 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐