U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Kevin Ton and Cynthia Tran,<br>v.<br>City of Burbank et al. | Case Number: 08 C 3192<br><br>JURY DEMAND |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

City of Burbank, Detective Thomas Coakley, and Unnamed Burbank Police Officers.

| |
|---|
| NAME (Type or print)<br>Gary S. Perlman |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Gary S. Perlman |
| FIRM<br>LOUIS F. CAINKAR, LTD. |
| STREET ADDRESS<br>30 North LaSalle Street, Suite 3922 |
| CITY/STATE/ZIP<br>Chicago, IL 60602-3333 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06191434 | TELEPHONE NUMBER<br>312/236-3985 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |