IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KEVIN TON and CYNTHIA TRAN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 08 C 3192 |
| | ) | |
| CITY OF BURBANK, DET. COAKLEY (FNU), and UNNAMED BURBANK POLICE OFFICERS, | ) ) ) | Judge Zagel |
| | ) | Magistrate Judge Mason |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

On July 1, 2008 at 10:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable James B. Zagel, or any judge sitting in his stead, in the courtroom usually occupied by him in Room 2503, at 219 South Dearborn, Chicago, Illinois 60604, and present:

Defendants' Partial Motion to Dismiss; a copy of which is attached hereto.

S/    Joseph Cainkar

JOSEPH CAINKAR
LOUIS F. CAINKAR, LTD.
Attorneys for the Defendant
30 North LaSalle Street - #3922
Chicago, Illinois 60602-3333
(312) 236-3985

## CERTIFICATE OF SERVICE

      I, the undersigned, an attorney, on oath state:  I served a copy of this Partial Motion to Dismiss the Complaint by e-mailing a copy to the CMT System for the Northern District of Illinois on June 19, 2008.


                                S/     Joseph Cainkar


JOSEPH CAINKAR
LOUIS F. CAINKAR, LTD.
Attorney for Defendants
30 North LaSalle Street - Suite 3922
Chicago, Illinois 60602-3333
312/236-3985