UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Kevin Ton, et al.
                    Plaintiff,
v.                                              Case No.: 1:08−cv−03192
                                                Honorable James B. Zagel
City of Burbank, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 1, 2008:

    MINUTE entry before the Honorable James B. Zagel:Motion hearing held on 7/1/2008. MOTION by Defendants City of Burbank, Det. Coakley, Unnamed Burbank Police Officers to dismiss counts II and IV of the Complaint [11] is granted. Status hearing set for 8/12/2008 at 10:00 AM. Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.