IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| KEVIN TON and CYNTHIA TRAN, ) | |
| ) | |
| Plaintiffs, ) | Case No. 08 C 3192 |
| ) | |
| v. ) | |
| ) | |
| CITY OF BURBANK, DET. COAKLEY (FNU), ) | |
| and UNNAMED BURBANK POLICE OFFICERS, ) | Judge Zagel |
| ) | |
| Defendants. ) | Jury Demand |

## NOTICE OF MOTION

TO: Counsel of Record

     Please take notice that on Thursday, September 11, 2008 at 10:15 a.m, I shall appear before Judge Zagel in the Courtroom usually occupied by him at the District Court for the Northern District of Illinois, 219 S. Dearborn, Chicago, IL, and then and there present the parties' Stipulated Protective Order, a copy of which is attached hereto and hereby served upon you.

_____
Attorney for Plaintiffs

Kurt Feuer
LOEVY & LOEVY
312 North May Street
Suite 100
Chicago, IL 60607
(312) 243-5900

## CERTIFICATE OF SERVICE

     I, Kurt Feuer, an attorney, certify that on September 8, 2008 I sent by electronic filing a copy of the attached Notice and Stipulated Protective Order to counsel of record.

_____